# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 22-mj- 52-01-AJ
ONE RED IPHONE AND ONE ORANGE IPHONE )
SEIZED FROM MICHAEL WILCOX, NOW IN THE )
CUSTODY OF HSI MANCHESTER )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____ District of New Hampshire , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(1), (a)(2) | Transportation and distribution of child pornography |
| 18 USC 2 | Aiding & abetting |

The application is based on these facts:
See affidavit of Det. Adam Rayho, HSI TFO attached

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.*

/s/ Adam Rayho
*Applicant's signature*

Det. Adam Rayho, HSI TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

*[signature: Andrea K. Johnstone]*

Date: 04/01/2022

*Judge's signature*

City and state: Concord, NH    Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*